**FILED**
MAR 1 – 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. **2:06CR60-WKW** |
| ) | [18 USC 513(a); |
| DONALD FORREST MOORE, JR. ) | 18 USC 471] |
| ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

### COUNT 1

On or about the 28th day of October, 2003, in Butler County, in the Middle District of Alabama, and elsewhere, the defendant,

DONALD FORREST MOORE, JR.,

did knowingly make, utter and possess, a counterfeited security of SouthTrust Bank, a legal entity which operated in and the activities of which affected interstate commerce, with the intent to deceive another person, in violation of Title 18, United States Code, Section 513(a).

### COUNT 2

On or about the 28th day of October, 2003, in Butler County, in the Middle District of Alabama, and elsewhere, the defendant,

DONALD FORREST MOORE, JR.,

with intent to defraud, did counterfeit, forge, and falsely make, an obligation of the United States, that is, a falsely made, forged and counterfeited twenty-dollar Federal Reserve Note, in violation of Title 18, United States Code, Section 471.

A TRUE BILL:

_____
Foreperson

_____
K. David Cooke, Jr.
Assistant United States Attorney