IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NUMBER:  2:06cr60-WKW |
| | ) | |
| DONALD FORREST MOORE, JR. | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE WARDEN AND/OR KEEPER OF THE   KILBY CORRECTIONAL FACILITY
                                    AT   MT. MEIGS, ALABAMA

and

TO:    THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
          OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **DONALD FORREST MOORE, JR.** , a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **4B** of said Court, in the City of Montgomery, Alabama, on **April 19, 2006**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 24th day of March, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By:
          Deputy Clerk