# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: __April 19, 2006__

DIGITAL RECORDING: 10:34 — 10:39

√ **INITIAL APPEARANCE**
☐ **DETENTION HEARING**
☐ **REMOVAL HEARING (R.40)**
☑ **ARRAIGNMENT**
☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>       DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. __2: 06CR60-WKW-DRB__          DEFT. NAME: __DONALD F. MOORE, JR.__

USA: __KARL D. COOKE__              ATTY: Robert Sellman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO:_____
Defendant ____does___does NOT need an interpreter; NAME_____

☐ Kars.        Date of Arrest _____ or      ☐ karsr40
√ kia.         Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
☑ finaff.      Financial Affidavit executed ☐ to be obtained by PTS;   ☑ ORAL Motion for Appt. Of Counsel.
☑ koappted    **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
☐20appt.      Panel Attorney Appointed;   ☐ to be appointed - prepare voucher
☐             Deft. Advises he will retain counsel.  Has retained _____
☐             Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐  To be followed by written motion;
☐             Government's **WRITTEN** Motion for Detention Hrg. filed.
☐             **DETENTION HRG** ☐ held; ☐ set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐kodtn.       **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
☐kbnd.        ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
              ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☐ Loc.(LC)     Bond **NOT** executed.  Deft to remain in Marshal's custody
☐ ko.         Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.      Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐             Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury.
√ Karr.       **ARRAIGNMENT SET FOR:**_____   ☑ **HELD**. Plea of **NOT GUILTY** entered.
              ☑ **Trial Term** 6/26/06;   ☐ **PRETRIAL CONFERENCE DATE:** _____
              ☑ **DISCOVERY DISCLOSURES DATE:** 4/19/06.
☐ Krmknn.      **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.     Identity/Removal Hearing set for _____
☐ Kwvspt      **Waiver of Speedy Trial Act Rights Executed.**