## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-60-WKW** |
| ) | |
| **DONALD FORREST MOORE, JR.** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant by and through undersigned counsel, and respectfully moves the Court to continue the trial in this matter, now scheduled for June 2006, to a later date on a trial term in October 2006.

In support of this request, the Defendant would show:

1. This case will likely be resolved without a trial.

2. The defendant has a number of charges pending in other jurisdictions, and additional time will be necessary to investigate whether or not a global settlement is possible.

3. Counsel for the Government has no opposition to this requested continuance.

4. A Speedy Trial Waiver has been signed and will be filed with this court in support of this Motion.

5. Mr. Moore is presently in custody on a writ from the State of Alabama.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Donald F. Moore, Jr.
Federal Defenders

        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cook, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104

        s/Christine A. Freeman
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Donald F. Moore, Jr.
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Christine_Freeman@fd.org