IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-60-WKW |
| | ) | |
| DONALD FORREST MOORE, JR. | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of his right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives his right to a speedy trial, from the June 26, 2006 trial term through to the October 2006 trial term.

_5-08-06_
Date

_Donald F Moore Jr_ (signature)
Donald F. Moore, Jr.

_5/8/06_
Date

_[signature]_
Attorney for Donald F. Moore, Jr.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-60-WKW |
| | ) | |
| DONALD FORREST MOORE, JR. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

K. David Cooke, Jr., Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                s/Christine A. Freeman
                **CHRISTINE A. FREEMAN**
                **TN BAR NO.: 11892**
                Attorney for Defendant
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street , Suite 407
                Montgomery, AL 36104
                TEL:  (334) 834-2099
                FAX:  (334) 834-0353
                E-Mail: Christine_Freeman@fd.org