# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ Northern  ☐ Southern  ☐ Eastern

HON. **Delores R. Boyd** AT **Montgomery**, Alabama

DATE COMMENCED: 5-12-2006 @ 10:21 ☑ a.m. ☐ p.m

DATE COMPLETED: 5-12-2006 @ 10:24 ☑ a.m. ☐ p.m

CASE NO. 2:06CR60-WKW

UNITED STATES OF AMERICA VS. DONALD FORREST MOORE, JR.
Plaintiff(s) — Defendant(s)

## APPEARANCES

Plaintiff(s)/Government: Karl Cooke

Defendant(s): Christine Freeman

## COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

## PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

✓ Pretrial Conference ✓

Pending Motions: None — M/Cont.
Discovery Status: Pending    Plea Status: Possible
Trial Status/Length: 2-3 Days    Trial Term: 6-26-06