IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHREN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CR-60-WKW |
| ) | |
| DONALD FORREST MOORE, JR. ) | |

**O R D E R**

It is hereby ORDERED as follows:

1. Jury selection set for October 16, 2006. The trial of this case is set during the trial term commencing on October 16, 2006 before United States District Judge William Keith Watkins and is expected to last three days.

2. Proposed voir dire questions shall be filed on or before October 6, 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

3. All motions in limine shall be filed on or before October 6, 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

4. Proposed jury instructions shall be filed on or before October 6, 2006.

5. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on October 4, 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on October 16, 2006. The

court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on October 16, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 2nd day of October, 2006.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE