IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:06-CR-00060-WKW |
| | ) | |
| DONALD FORREST MOORE, JR. | ) | |

### ORDER

Upon the Defendant's *Notice of Intent to Change Plea* (Doc. 21, filed October 4, 2006),

it is

**ORDERED** that this case is set for proceedings pursuant to Rule 11 of the Federal

Rules of Criminal Procedure on **October 12, 2006, at 2:15 p.m., in District Courtroom**

**4A**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street,

Montgomery, Alabama. The Clerk is directed to provide a court reporter for this

proceeding. If the defendant is in custody, the United States Marshal shall arrange for the

defendant's appearance at this proceeding.

DONE this 6th day of October, 2006.


/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE