COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

DATE: 10/12/2006
DIGITAL RECORDING: 2:17-2:39 pm
COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT
☑ CHANGE OF PLEA
☐ CONSENT PLEA
☐ RULE 44(c) HEARING
☐ SENTENCING

PRESIDING MAG. JUDGE: DRB
CASE NUMBER: 2:06CR60-WKW
AUSA: Cooke
DEPUTY CLERK: sql
DEFENDANT NAME: Donald Forrest MOORE, JR.
DEFENDANT ATTORNEY: Christine Freeman
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name: _____

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:   ☐ Not Guilty
        ☑ Guilty as to:
            ☑ Count(s): 1, 2
            ☐ Count(s):
        ☐ dismissed on oral motion of USA
        ☐ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 2.
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel