IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-60-WKW |
| | ) | |
| | ) | |
| DONALD FORREST MOORE, JR. | ) | |

### **ORDER**

It is ORDERED that the sentencing in this matter on January 22, 2007, is continued from 9:00 a.m. to **9:45 a.m.**

DONE this 19th day of January, 2007.

                                        /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE