**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-60-WKW** |
| ) | |
| **DONALD FORREST MOORE, JR.** ) | |

## NOTICE

**COMES NOW** the defendant, **DONALD FORREST MOORE, JR.**, by and through undersigned counsel, and notifies the Court that, as stated in the revised presentence report, the Defendant has no objection to the presentence report and accepts the proposed Guideline range of 46 to 57 months.

    Respectfully submitted,

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    **Counsel for Donald F. Moore, Jr.**
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                           **s/Christine A. Freeman**
                                           **CHRISTINE A. FREEMAN**
                                           **TN BAR NO.: 11892**
                                           Federal Defenders
                                           Middle District of Alabama
                                           201 Monroe Street, Suite 407
                                           Montgomery, AL 36104
                                           TEL:  (334) 834-2099
                                           FAX:  (334) 834-0353
                                           E-Mail: Christine_Freeman@fd.org