## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                      AT MONTGOMERY, ALABAMA

DATE COMMENCED   JANUARY 22, 2007                             AT 9:45 A.M./P.M.

DATE COMPLETED   JANUARY 22, 2007                             AT 9:55 A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CR. NO. 2:06cr60-WKW |
| vs. | ) | |
| | ) | |
| DONALD FORREST MOORE, JR. | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
| --- | --- | --- |
| | X | |
| AUSA Kent Brunson | X | Atty. Christine Freeman |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Angela Reitler | Risa Entrekin |
| --- | --- | --- |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

9:45 am   Court convened; sentencing hearing commenced.  Plea agreement
          stated on the record; Court accepts plea agreement. No objections
          to PSR; Court's **ORAL ORDER** granting [35] Motion for Reduction in
          Criminal Offense Level for Acceptance of Responsibility.
          Sentence imposed.
9:55 am   Hearing concluded.